IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| WILLIAM BRINKER, | 2:09-CV-1342-SU |
|     Plaintiff | ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY |
| V. | DISMISSAL OF PARTIAL CLAIM AND FOR ENTRY |
| KEVIN CHAMBERS, | OF JUDGMENT (#32) |
|     Defendant. | |

    Plaintiff's Motion (32) for Voluntary dismissal of Partial Claim and for Entry of Judgment is GRANTED.  This action is dismissed without prejudice.  A separate judgment is filed herewith.

    IT IS SO ORDERED.

    DATED this   15   day of August, 2011.

                                  /s/ Malcolm F. Marsh
                                  Malcolm F. Marsh
                                  United States District Judge